IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HOWARD DEWAYNE POLLARD and
BETTY JANE POLLARD                                                        PLAINTIFFS

V.                                                         CAUSE NO.: 1:16CV073-SA-DAS

CITIFINANCIAL MORTGAGE COMPANY, INC.,
CALIBER HOME LOANS, INC., FIDELITY NATIONAL
LOANS, INC., JOHN DOES 1-10, and HSBC
MORTGAGE SERVICES, INC.                                                   DEFENDANTS

ORDER ON MOTION TO REMAND

Pursuant to a Memorandum Opinion issued this day, Plaintiffs' Motion to Remand [19] is GRANTED. The Clerk of Court is hereby DIRECTED to REMAND this case back to the Prentiss County Chancery Court. This case is CLOSED.

SO ORDERED, this the 3rd day of February, 2017.

                                                    /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**